UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-24619-CIV-MORENO**

MIGUEL CABELLO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Motion to Vacate **(D.E. No. 1)**, filed on **December 26, 2013**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 4)** on **January 6, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 4)** on **January 6, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the motion to vacate is DENIED for the reasons stated in the Report and Recommendation and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of January, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White

Counsel of Record

Miguel Cabello, *pro se*
Reg. No. 19796-052
D. Ray James Correctional Institution
Post Office Box 2000
Folkston, GA 31537